```
                          United States Bankruptcy Court
                          Central District of California
In re:                                                              Case No. 19-12348-MT
KC 117, LLC                                                         Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0973-1           User: tkinsleyC          Page 1 of 1                  Date Rcvd: Sep 18, 2019
                               Form ID: 309C            Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db             +KC 117, LLC,    3151 Cahuenga Blvd Ste 309,   Los Angeles, CA 90068-1768
39809260       +Asset Default Mgmt., Inc.,    7525 Topanga Cyn Blvd.,   Canoga Park, California 91303-1214
39809261      #+Oscar Polishuk,    c/o Asset Default Mgmtn Inc.,   24013 Ventura Blvd., Suite 200,
                 Calabasas, California 91302-1146
39809262       +Shellpoint Mortgage Services,    55 Beattie Pl., Suite 500,
                 Greenville, South Carolina 29601-5116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ssoesq@aol.com Sep 19 2019 04:01:24      Shai S Oved,
                 7445 Topanga Cyn Blvd Ste 220,   Canoga Park, CA   91303
tr             +EDI: QNJZAMORA.COM Sep 19 2019 07:38:00      Nancy J Zamora (TR),   U.S. Bank Tower,
                 633 West 5th Street, Suite 2600,   Los Angeles, CA 90071-2053
smg             EDI: EDD.COM Sep 19 2019 07:38:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
                 P. O. Box 826880,   Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Sep 19 2019 07:38:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
                 P. O. Box 2952,   Sacramento, CA  95812-2952
smg             E-mail/Text: finance.bankruptcy@lacity.org Sep 19 2019 04:01:34      Los Angeles City Clerk,
                 P. O. Box 53200,   Los Angeles, CA  90053-0200
                                                                                               TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              Nancy J Zamora (TR)    zamora3@aol.com, nzamora@ecf.axosfs.com
              Shai S Oved    on behalf of Debtor   KC 117, LLC ssoesq@aol.com,  Ovedlaw@hotmail.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                               TOTAL: 3
```

**Information to identify the case:**

| Debtor | | |
|---|---|---|
| Name | **KC 117, LLC** | EIN **46–3846328** |

| United States Bankruptcy Court | **Central District of California** | Date case filed for chapter **7** **9/17/19** |
|---|---|---|
| Case number: | **1:19–bk–12348–MT** | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | KC 117, LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 3151 Cahuenga Blvd Ste 309<br>Los Angeles, CA 90068 | |
| 4. **Debtor's attorney**<br>Name and address | Shai S Oved<br>7445 Topanga Cyn Blvd Ste 220<br>Canoga Park, CA 91303 | Contact phone 818–992–6588<br>Email _____ |
| 5. **Bankruptcy trustee**<br>Name and address | Nancy J Zamora (TR)<br>U.S. Bank Tower<br>633 West 5th Street, Suite 2600<br>Los Angeles, CA 90071 | Contact phone 213–488–9411<br>Email _____ |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 21041 Burbank Blvd,<br>Woodland Hills, CA 91367–6603 | Hours open:<br>9:00AM to 4:00 PM<br><br>Contact phone 855–460–9641<br><br>Dated: 9/18/19 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath by the trustee and by creditors. Creditors may attend, but are not required to do so. | **October 25, 2019 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**21041 Burbank Blvd., #100, Woodland Hills, CA 91367–6003** |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page 1

Debtor **KC 117, LLC**                                                                                                       Case number **1:19–bk–12348–MT**

| | |
|---|---|
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| **11. Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

**For more information, see page 1 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page **2**